# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **CRIMINAL ACTION NO. 3:18-CR-153** |
| v. | : **(JUDGE MARIANI)** |
| | : |
| **JAMES WILLIAMS, III,** | : |
| | : |
| Defendant | : |

## ORDER

**AND NOW, THIS 27th DAY OF JANUARY 2021**, upon consideration of the Motion of Defendant to Dismiss for Violation of the Speedy Trial Act and the United States Constitution (Doc. 59) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Motion of Defendant to Dismiss for Violation of the Speedy Trial Act and the United States Constitution (Doc. 59) is **GRANTED IN PART** and **DENIED IN PART**.

2. The Motion is **GRANTED** insofar as the May 8, 2018, Indictment is **DISMISSED** based on a violation of the Speedy Trial Act.

3. The Motion is **DENIED** in that the Indictment is **DISMISSED WITHOUT PREJUDICE** and Defendant's Sixth Amendment claim is **DENIED**.

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge